MARY A. BOLEN, Respondent, *v.* GEORGE F. BOLEN, Appellant.

(Argued June 19, 1891; decided June 25, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 12, 1889, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*A. J. Perry* for appellant.

*Jacob F. Miller* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

DENIS MURPHY, Appellant, *v.* THE BOARD of EDUCATION IN THE CITY OF YONKERS, Respondent.

(Argued June 19, 1891; decided June 25, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made at the July term, 1889, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial without a jury.

*John F. Brennan* for appellant.

*J. Hampden Dougherty* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.